AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>████████████<br>3) Jancer Elizandro Saldana Mejia , (4) Lorenzo<br>Estiberson Castillo Encarnacion ████████<br>████████████ | ) ) ) ) ) ) ) ) | Case No.<br>26-7124-JCB |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___March 2025 through April 2026___ in the county of ___Essex___ in the _____ District of ___Massachusetts___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute Controlled Substances |

This criminal complaint is based on these facts:

See attached Affidavit of DEA Task Force Officer John Corridan

☑ Continued on the attached sheet.

_John Corridan by JCB_
Complainant's signature

John Corridan, DEA Task Force Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: ___04/08/2026___

City and state: ___Boston, Massachusetts___

_Judge's signature_

Hon. Jennifer C. Boal, U.S. Magistrate Judge
Printed name and title